UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MAZHAR FOOTSTEPS, LLC,**

      Plaintiff,

v.                        No. SA-20-CV-00955-JKP

**AMGUARD INSURANCE COMPANY
AND MICHAEL CLAYTON HEPBURN,**

      Defendants.

# O R D E R

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. *ECF No. 21*. The Court GRANTS the motion and dismisses this action with prejudice. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is ORDERED all causes of action asserted by any party and any potential causes of action related to this matter are DISMISSED with prejudice**.**

IT IS FURTHER ORDERED any pending motions are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Court directs the Clerk of Court to close the case.

**It is so ORDERED this 23rd day of March 2021.**

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE